WR-21,005-02, -03, -04, -05
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/27/2015 4:36:36 PM
Accepted 4/28/2015 8:55:18 AM
ABEL ACOSTA
CLERK

Nos. 21,005-02, -03, -04, -05

_____

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AT AUSTIN

_____

EX PARTE
LESTER LEROY BOWER,
Applicant.


_____

## ON APPLICATION FOR WRIT OF HABEAS CORPUS,
IN CAUSE NOS. 33426-A, 33427-A, 33428-A, & 33429-A,
FROM THE 15TH JUDICIAL COURT
OF GRAYSON COUNTY

_____

## UNOPPOSED MOTION TO GRANT ACCESS TO RECORDS

_____

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

The Attorney General of Texas, by and through his attorney of record, Assistant Attorney General Stephen M. Hoffman, requests that the Court allow transmittal to and use of the records in this matter by the Office of General Counsel for the Governor of the State of Texas in order to evaluate Mr. Bower for executive clemency or a thirty-day reprieve. This Court has deemed these records confidential due to the presence of sealed documents within the records. These records were previously transmitted to the Court for its consideration in relation to Bower's Texas Code of Criminal Procedure Article 11.071 application for a state writ of habeas corpus. *See Ex parte Bower*, Nos.

21,005-02, -03, -04, -05 (Tex. Crim. App. Jun. 11, 2014) (per curiam) (unpublished). Mr. Bower is currently scheduled for execution on June 3, 2015.

This is not a request that any records should be disclosed to the general public, and all prior orders sealing various documents and designating the record confidential should remain in effect. All items currently sealed shall remain sealed and the general public will not have access to the record. Defense counsel, D'Andra Shu, Esq., was contacted on April 24, 2015, and indicated that she was not opposed to the release of these records to the Governor's Office for the purposes of executive clemency or reprieve.

## CONCLUSION

The Attorney General respectfully requests that the Court allow access to the records in cause numbers 21,005-02, -03, -04, & -05 by the Office of General Counsel for the Governor of the State of Texas to evaluate Mr. Bower for executive clemency or thirty-day reprieve.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE MCFARLAND
Deputy Attorney General
for Criminal Justice

2

EDWARD L. MARSHALL
Chief, Criminal Appeals Division


/s/  Stephen M. Hoffman

* Attorney-in-charge          *STEPHEN M. HOFFMAN
                              Assistant Attorney General
                              Texas Bar No. 24048978
                              P. O. Box 12548, Capitol Station
                              Austin, Texas   78711
                              Tel:  (512) 936-1400
                              Fax: (512) 320-8132
                              Email: Stephen.Hoffman@
                              texasattorneygeneral.gov

                              ATTORNEYS FOR RESPONDENT

# CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that, if the email address for counsel of record for applicant is on file with the electronic filing manager, then a true and correct copy of the foregoing pleading was served electronically through the electronic filing manager. In the event that counsel's email address was not on file at the time this motion was filed, I do hereby certify that on this the 27th day of April, 2015, a true and correct copy of the foregoing pleading was served on counsel, via electronic mail to:

Peter Buscemi, Esq.
MORGAN, LEWIS, AND BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Email: pbuscemi@morganlewis.com

D'Andra Millsap Shu, Esq.
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Email: dshu@morganlewis.com
Counsel for Lester Leroy Bower, Jr.

/s/ Stephen M. Hoffman
STEPHEN HOFFMAN
Assistant Attorney General

4

Nos. 21,005-02, -03, -04, -05

_____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AT AUSTIN

_____

EX PARTE
LESTER LEROY BOWER,
                                    Applicant.


_____

ON APPLICATION FOR WRIT OF HABEAS CORPUS,
IN CAUSE NOS. 33426-A, 33427-A, 33428-A, & 33429-A,
FROM THE 15TH JUDICIAL COURT
OF GRAYSON COUNTY

_____

ORDER

_____


This Court hereby grants the Office of General Counsel for the Governor

of the State of Texas access to the records in cause numbers 21,005-02, -03, -

04, & -05 for to evaluate the applicant for executive clemency or thirty-day

reprieve. All prior orders sealing documents and designating the record

confidential shall remain in place, and the records shall not be disclosed to the

general public.

SIGNED on this the _____ day of _____, 2015.




_____